### 12157.   ANDERSON *v.* THE STATE.

The only question raised by the motion for a new trial being whether the evidence authorized the verdict, and there being evidence to support the verdict, the judgment of the trial judge overruling the motion must be affirmed.

DECIDED APRIL 13, 1921.

Accusation of misdemeanor; from city court of Washington — Judge Sutton.  December 13, 1920.

*F. W. Gilbert, F. H. Colley, Hugh E. Combs,* for plaintiff in error. *George M. DuBose, solicitor,* contra.

LUKE, J. This case is here for review upon the ground that the evidence does not authorize the verdict. Upon conflicting evidence the jury convicted the defendant, Anderson, of having in his possession a pistol, not at his home or place of business, within the meaning of the statute (Park's Ann. Penal Code, § 348(a)), without first having procured a license from the ordinary. There being evidence to support the verdict, and the verdict being approved by the trial judge, the judgment overruling the motion for a new trial must be

*Affirmed. Broyles, C. J., and Bloodworth, J., concur.*